UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSEPH BROWN,**

    **Plaintiff,**

**v.**                  **Case No:  6:17-cv-1883-Orl-41TBS**

**PROG LEASING, LLC,**

    **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Motion to Compel Arbitration and Stay Proceedings ("Motion," Doc. 14). The Motion is unopposed. (Supplement, Doc. 16, at 1). For the reasons set forth therein, the Motion will be granted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendant's Motion to Compel Arbitration and Stay Proceedings (Doc. 14) is **GRANTED**.

2. This Case is **STAYED** pending arbitration.

3. The parties are directed to commence arbitration **within thirty days of this order**.

4. **On or before April 23, 2018**, and every one hundred and eighty days thereafter, Plaintiff shall file a report as to the status of the arbitration proceeding. Additionally, Plaintiff shall notify this Court **within fourteen days** of the final resolution of the arbitration proceeding.

5. The Order to Show Cause (Doc. 17) is **DISCHARGED.**

6. The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 8, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record